1  JASON M. FRIERSON
   United States Attorney
2  Nevada Bar No. 7709

3  HEIDI L. TRIESCH
   Washington State Bar No. #30618
4  Special Assistant United States Attorney
   Office of the General Counsel
5  Social Security Administration
   6401 Security Boulevard
6  Baltimore, MD 21235
   Telephone: (206) 615-3748
7  E-Mail: Heidi.Triesch@ssa.gov

8  Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT MARTING SEIPP, | Case No.: 2:22-cv-01253-EJY |
| Plaintiff, | |
| v. | **UNOPPOSED MOTION FOR EXTENSION OF TIME** (***FIRST REQUEST***) |
| KILILO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Motion to Remand (Dkt. No. 15, filed on November 15, 2022), currently due on December 15, 2022, by 30 days, through and including January 17, 2022.  Defendant further requests that all subsequent deadlines set forth in the Court's scheduling order (Dkt. No. 14) be extended accordingly.

This is Defendant's first request for an extension of time. Good cause exists for this extension due to Defendant's need for more time to consult with the client. Defendant has reached out to the client to discuss settlement options, but does not expect a response until December 19, 2022. While Defendant intends to act promptly after receiving the client's response, given the impending holidays and in an attempt to avoid a further request for extension, Defendant asks for a 30-day extension.

This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

On December 9, 2022, counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion.

It is therefore respectfully requested that Defendant be granted an extension of time to respond to Plaintiff's Motion for Reversal and Remand, through and including January 17, 2022.

Dated: December 9, 2022

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/ Heidi L. Triesch*
HEIDI L. TRIESCH

Special Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 9, 2022