UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SCOTT MARTIN SEIPP,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:22-cv-01253-EJY<br><br>**ORDER** |

Before the Court is the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment for Plaintiff. ECF No. 19. The parties have stipulated to remand this case for further administrative action and request that the Court enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner. *Id.* at 1-2.

Accordingly, IT IS HEREBY ORDERED that the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment for Plaintiff (ECF No. 19) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Reversal and/or Remand (ECF No. 15) is DENIED as moot.

IT IS FURTHER ORDERED that this action is REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

IT IS FURTHER ORDERED that the Clerk of Court shall close this case and enter judgment accordingly.

Dated this 16th of December, 2022.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE